RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *PAUL SEIFERT*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | 2:11-cr-386-GMN-GWF |
| ) | CONSOLIDATED WITH |
| PAUL SEIFERT, ) | 2:11-cr-388-MMD-CWH |
| Defendant. ) | |

### STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER

**IT IS HEREBY STIPULATED and AGREED** by and between Andrew Duncan, Assistant United States Attorney, Richard A. Schonfeld, attorney for Defendant Paul Seifert, that the Change of Plea hearing scheduled January 29, 2013 at 3:00 p.m. be continued to February 12, 2013 at 2:30 p.m. or a time thereafter convenient to the Court.

This Stipulation is entered into for the following reasons:

1. That counsel for Defendant has a scheduling conflict and has to be in Reno, Nevada on January 29 and 31, 2013, for pretrial evidentiary hearings and arguments in a multiple defendant case;

2. That counsel for Defendant has been in communication with Assistant United States Attorney Andrew Duncan and there is no objection to the continuance as outlined above;

3. Additionally, denial of this request for continuance would result in a miscarriage of justice;

4. The additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv);

DATED this 22 day of January, 2013.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ Andrew Duncan | /s/ Richard A. Schonfeld |
| ANDREW DUNCAN, AUSA | RICHARD A. SCHONFELD, ESQ. |
| 333 Las Vegas Blvd. South, Suite 500 | Nevada Bar No. 6815 |
| Las Vegas, Nevada 89101 | 520 South Fourth Street |
| Attorney for Plaintiff | Las Vegas, Nevada 89101 |
| | Attorney for Defendant, Paul Seifert |

## ORDER

IT IS HEREBY ORDERED that the Change of Plea hearing presently scheduled for Tuesday, January 29, 2013, at the hour of 3:00 p.m be vacated and the Change of Plea will now be heard on February 12, 2013, at 2:30 p.m.

DATED this 24th day of January, 2013.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

/s/ Richard A. Schonfeld
RICHARD A. SCHONFELD, ESQ.
Nevada Bar # 6815
Attorney for Defendant, Paul Seifert

2